**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G.J.M., a Minor by and through his parents and guardians ad litem, GEORGE MCELROY and GIA MCELROY; GEORGE MCELROY, individually; and GIA MCELROY, individually, <br><br> Plaintiffs. <br><br> v. <br><br> PACIFIC AUTISM CENTER FOR EDUCATION; SANTA CLARA COUNTY OFFICE OF EDUCATION; KURT OHLFS, individually and in his official capacity; KELLY MONTAGUE, individually; THE BOARD OF DIRECTORS AND OFFICERS OF THE PACIFIC AUTISM CENTER FOR EDUCATION; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 5:14-CV-04118 LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for January 22, 2015 as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, January 20, 2015, at 9 a.m.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
LUCY H. KOH