SHARON L. HIGHTOWER, ESQ. – S.B.N. 129874
**ERICKSEN ARBUTHNOT**
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337
shightower@ericksenarbuthnot.com

ATTORNEYS for DEFENDANTS
**PACIFIC AUTISM CENTER FOR EDUCATION;
KURT OHLFS, individually and in his official capacity
as Executive Director of PACIFIC AUTISM CENTER FOR EDUCATION;
KELLY MONTAGUE, an individual; MEGAN NOLAN, an individual;
THE BOARD OF DIRECTORS AND OFFICERS OF
THE PACIFIC AUTISM CENTER FOR EDUCATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J.M., a Minor by and through his Parents, and Guardians ad Litem, GEORGE McELROY (Father) and GIA McELROY (Mother), GEORGE McELROY, individually, GIA McELROY, individually, <br><br>Plaintiffs, <br><br>v. <br><br>PACIFIC AUTISM CENTER FOR EDUCATION; SANTA CLARA COUNTY OFFICE OF EDUCATION; KURT OHLFS, individually and in his official capacity as Executive Director of PACIFIC AUTISM CENTER FOR EDUCATION; KELLY MONTAGUE, an individual; MEGAN NOLAN, an individual; THE BOARD OF DIRECTORS AND OFFICERS OF THE PACIFIC AUTISM CENTER FOR EDUCATION; And DOES 1-50, inclusive, <br><br>Defendants. | CASE NO.:  5:14-CV-04118 – LHK <br><br>The Honorable Lucy H. Koh <br><br>(Santa Clara County Case No. 114CV266847) <br><br><br><br>STIPULATION AND ORDER RE FILING OF AMENDED ANSWER |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants Pacific Autism Center for Education; Kurt Ohlfs, individually and in his official capacity as Executive Director of Pacific Autism Center for Education; Kelly Montague, an individual; Megan Nolan, an individual; and The Board of Directors and Officers of the Pacific Autism Center for Education be allowed to file a First Amended Answer to the Complaint filed by Plaintiffs.

Dated: 1/13/15

CORSIGNIA MCMAHON & ALLARD, LLP

_____
BRADLEY M. CORSIGLIA, ESQ.
Attorneys for Plaintiffs

Dated:

DAVIS & YOUNG, APLC

_____
MARK E. DAVIS, ESQ.
ERIC BENGTSON, ESQ.
Attorneys for Santa Clara Office of Education

Dated:

ERICKSEN ARBUTHNOT

_____
SHARON L. HIGHTOWER, ESQ.
Attorneys for Defendants
Pacific Autism Center for Education, Kurt Ohlfs, individually and in his official capacity as Executive Director of Pacific Autism Center for Education, Kelly Montague, an individual, Megan Nolan, an individual; and The Board of Directors and Officers of the Pacific Autism Center for Education

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants Pacific Autism Center for Education; Kurt Ohlfs, individually and in his official capacity as Executive Director of Pacific Autism Center for Education; Kelly Montague, an individual; Megan Nolan, an individual; and The Board of Directors and Officers of the Pacific Autism Center for Education be allowed to file a First Amended Answer to the Complaint filed by Plaintiffs.

Dated:                                         CORSIGNIA MCMAHON & ALLARD, LLP

_____
BRADLEY M. CORSIGLIA, ESQ.
Attorneys for Plaintiffs

Dated: 1/12/15                                 DAVIS & YOUNG, APLC

_____
MARK E. DAVIS, ESQ.
ERIC BENGTSON, ESQ.
Attorneys for Santa Clara Office of Education

Dated: 1/13/2015                               ERICKSEN ARBUTHNOT

_____
SHARON L. HIGHTOWER, ESQ.
Attorneys for Defendants
Pacific Autism Center for Education, Kurt Ohlfs, individually and in his official capacity as Executive Director of Pacific Autism Center for Education, Kelly Montague, an individual, Megan Nolan, an individual; and The Board of Directors and Officers of the Pacific Autism Center for Education

ORDER

IT IS SO ORDERED.

There are no deadlines affected by this order.

Dated: January 21, 2015

*Lucy H. Koh*
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER RE FILING OF AMENDED ANSWER
5:14-CV-04118-LHK                                     - 3 -