UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE MCELROY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC AUTISM CENTER FOR EDUCATION, et al.,<br><br>    Defendants. | Case No.:  14-CV-04118-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney:  Bradley Corsiglia
Defendants' Attorneys: Sharon Hightower, Eric Bengtson

A case management conference was held on May 21, 2015.  A further case management conference is set for August 19, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by August 12, 2015.

The stay previously entered by the Court's January 23, 2015 Order is lifted, and the Clerk shall reopen the case file.

The parties are referred to private mediation with a deadline of October 21, 2015.

The parties are ordered to exchange initial disclosures by May 28, 2015, and to make a production of documents in their possession by June 11, 2015.  The parties' request to bifurcate discovery is denied.

1

Case No.: 14-CV-04118-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: July 21, 2015

DEADLINE TO COMPLETE MEDIATION: October 21, 2015

FACT DISCOVERY CUTOFF: December 10, 2015

EXPERT DISCOVERY:
    Opening Reports: January 14, 2016
    Rebuttal Reports: February 4, 2016
    Close of Expert Discovery: February 25, 2016

DISPOSITIVE MOTIONS shall be filed by March 24, 2016, and set for hearing no later than May 12, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: July 7, 2016, at 1:30 p.m.

JURY TRIAL: July 18, 2016, at 9:00 a.m. Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-04118-LHK
CASE MANAGEMENT ORDER