UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE MCELROY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC AUTISM CENTER FOR EDUCATION, et al.,<br><br>　　　　　Defendants. | Case No. 14-CV-04118-LHK<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 58 |

Counsel for Plaintiffs: Bradley Corsiglia
Counsel for Defendant Santa Clara County Office of Education: Eric Bengtson
Counsel for PACE Defendants: Ronald Cook, Michael Farbstein, Sharon Hightower

　　　A case management conference was held on March 9, 2016.  A further case management conference is set for May 19, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by May 12, 2016.

　　　At the case management conference, the Court made the following rulings on the record:
**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**
　　　For the reasons stated on the record, Plaintiffs' motion for leave to file a second amended complaint, ECF No. 58, is DENIED.

**SETTLEMENT & ADR**
　　　The parties shall file a stipulation of dismissal as to Defendant Santa Clara County Office

1

Case No. 14-CV-04118-LHK
ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND CASE MANAGEMENT ORDER

of Education as soon as possible.

The remaining parties in this action—Plaintiffs and the PACE Defendants—are hereby referred to private mediation, with a deadline of April 29, 2016.

**CASE SCHEDULING**

The case schedule remains as set. For the convenience of the parties, the case schedule is set forth below:

| Scheduled Event | Date |
| --- | --- |
| Opening Expert Reports | March 14, 2016 |
| Rebuttal Expert Reports | April 4, 2016 |
| Last Day to File Dispositive Motions | April 7, 2016 |
| Close of Expert Discovery | April 25, 2016 |
| Deadline to Complete Private Mediation | April 29, 2016 |
| Hearing on Dispositive Motions | May 19, 2016, at 1:30 p.m. |
| Final Pretrial Conference | July 7, 2016, at 1:30 p.m. |
| Jury Trial | July 18, 2016, at 9:00 a.m. |
| Length of Trial | 6 days |

**IT IS SO ORDERED.**

Dated: March 9, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-04118-LHK
ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND CASE MANAGEMENT ORDER