**BRADLEY M. CORSIGLIA, ESQ (#117004)**
**CORSIGLIA MCMAHON & ALLARD LLP**
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FACSIMILE: (408) 289-8127
bmc@cmalaw.net

**DAVID TOLLNER, ESQ (#138315)**
**TOLLNER LAW OFFICES**
25 POST STREET
SAN JOSE, CA 95113
TELEPHONE: (408) 286-3081
FACSIMILE: (408) 484-1062
davidtollner@gmail.com

ATTORNEYS FOR PLAINTIFFS
G.J.M., a Minor by and through his Parents
and Guardians ad Litem, et al.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| G.J.M., a Minor by and through his Parents, and Guardians ad Litem, GEORGE McELROY (Father) and GIA McELROY (Mother); GEORGE McELROY, individually; and GIA McELROY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC AUTISM CENTER FOR EDUCATION; SANTA CLARA COUNTY OFFICE OF EDUCATION; KURT OHLFS, individually and in his official capacity as Executive Director of PACIFIC AUTISM CENTER FOR EDUCATION; KELLY MONTAGUE, an individual; MEGAN NOLAN, an individual; THE BOARD OF DIRECTORS AND OFFICERS OF THE PACIFIC AUTISM CENTER FOR EDUCATION; and DOES 1-50, inclusive<br><br>Defendants. | Case No. 5:14-cv-04118-LHK<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT WITH DEFENDANT SANTA CLARA COUNTY OFFICE OF EDUCATION, ONLY, RELEASE AND PETITION FOR MINOR'S COMPROMISE<br><br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh<br>Trial: July 18, 2016 |

1

[PROPOSED] ORDER APPROVING SETTLEMENT WITH DEFENDANT SANTA CLARA COUNTY
OFFICE OF EDUCATION, ONLY, RELEASE AND PETITION FOR MINOR'S COMPROMISE
(No. 5:14-cv-04118-LHK)

1   The Court has considered Plaintiff's Notice of Settlement with Defendant Santa Clara County Office of Education. Pursuant to Civil Local Rule 40-1, the Court finds this matter appropriate for settlement.

The Court has reviewed and considered Plaintiff's Petition for Minor's Compromise and finds it to be in order and hereby approves the Petition for Minor's Compromise.

The Court has reviewed and considered the Settlement Agreement and Release of All Claims submitted by Plaintiff and finds it to be in order and hereby approves the settlement to be in good faith.

Having considered the papers submitted, and for good cause shown including judicial efficiency, the Court hereby approves the settlement between Plaintiff and Santa Clara County Office of Education, only. The parties may file a stipulation of dismissal as to Santa Clara County Office of Education, only.

**IT IS SO ORDERED.**

Dated: 6/4/2016

LUCY H. KOH
United States District Judge

2

[PROPOSED] ORDER APPROVING SETTLEMENT WITH DEFENDANT SANTA CLARA COUNTY OFFICE OF EDUCATION, ONLY, RELEASE AND PETITION FOR MINOR'S COMPROMISE
(No. 5:14-cv-04118-LHK)